

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00012-CV

Eria **SIMPSON**,
Appellant

v.

Darlene **GARCIA**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11128
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED January 10, 2024.

Beth Watkins, Justice